IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GARY WAAG, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 1:14cv1715 (TSE/JFA) ) |
| SOTERA DEFENSE SOLUTIONS, INC., | ) ) |
|       Defendant. | ) ) |

### ORDER

It is hereby ORDERED that the hearing on defendant's motion to compel (Docket no. 12) is continued from July 10, 2015 to **Friday, July 17, 2015 at 10:00 a.m.** Plaintiff's opposition to the motion shall be filed by 5:00 p.m. on July 10, 2015 and any reply must be filed by 5:00 p.m. on July 15, 2015. This Order does not alter any other deadlines in this matter.

Entered this 6th day of July, 2015.

                                        /s/
                                  John F. Anderson
                                  United States Magistrate Judge
                                  John F. Anderson
                                  United States Magistrate Judge

Alexandria, Virginia