IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GARY WAAG,<br>　　Plaintiff,<br><br>　　　　v.<br><br>SOTERA DEFENSE SOLUTIONS, INC.,<br>　　Defendant. | )<br>)<br>)<br>)  Case No. 1:14-cv-01715<br>)<br>)<br>)<br>)<br>) |

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench,

It is hereby **ORDERED** that a jury trial is **SCHEDULED** to commence in this matter at 10:00 a.m., Tuesday, December 1, 2015.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 18, 2015

/s/
T. S. Ellis, III
United States District Judge