IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GARY WAAG, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01715 |
| ) | |
| SOTERA DEFENSE SOLUTIONS, ) | |
| INC., ) | |
|    Defendant. ) | |
| ) | |

## ORDER

Plaintiff's motion to reschedule briefing and the hearing on defendant's motion for summary judgment is before the Court.

For good cause, and for the reasons stated in the motion,

It is hereby **ORDERED** that plaintiff's motion to reschedule is **GRANTED**.

Accordingly, plaintiff's opposition brief is due at 5:00 p.m., October 20, 215, and defendant's reply brief is due at 5:00 p.m., October 26, 2015. The hearing on defendant's motion for summary judgment is **SCHEDULED** for 10:00 a.m., October 30, 2015.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 24, 2015

/s/
_____
T. S. Ellis, III
United States District Judge